IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALSTORY SIMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 15 C 1433 |
| | ) | |
| PAUL J. CIOLINO, | ) | Honorable Robert M. Dow, Jr. |
| | ) | |
| Defendant, Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANITA ALVAREZ, et al., | ) | |
| | ) | |
| Third-Party Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Third-Party Defendant, Anita Alvarez ("Alvarez"), in her official capacity as State's Attorney of Cook County, by her attorney, Anita Alvarez, State's Attorney of Cook County, through Donald J. Pechous and Lisa M. Meador, Assistant State's Attorneys, hereby moves this Honorable Court, pursuant to Federal Rule of Civil Procedure 6(b), for an extension of time in which to answer or otherwise plead to Third-Party Plaintiff's Third-Party Complaint and, in support of this motion, state as follows:

1. On May 2, 2016, Third-Party Plaintiff, Paul J. Ciolino, filed an Amended Counterclaim and Third-Party Complaint naming Alvarez as a Third-Party Defendant.

2. Counsel for Third-Party Defendant, Alvarez, recently was assigned and filed her appearance on June 8, 2016. Counsel requires additional time to answer or otherwise plead to the Amended Counterclaim and Third-Party Complaint so as to sufficiently determine the appropriate course of action.

3. A responsive pleading by the other named Third-Party Defendants who have already appeared is due on June 9, 2016.

4. Third-Party Defendant Alvarez asks this Court to grant her until July 11, 2016 to answer or otherwise plead.

5. The request for an extension is made in good faith and will not prejudice the parties in this matter.

6. The parties have met and conferred and counsel for Third-Party Plaintiff has no objection to the extension of time.

WHEREFORE, Third-Party Defendant Alvarez respectfully requests that this Honorable Court extend the time to answer or otherwise plead until July 11, 2016.

Respectfully submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ Lisa M. Meador
Lisa M. Meador
Donald J. Pechous
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60602
(312) 603-3369