# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Alstory Simon | ) | |
| | ) | Case No:15-cv-1433 |
| | ) | |
| v. | ) | |
| | ) | Judge: Robert M. Dow, Jr. |
| Northwestern University, et al. | ) | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 6, 2016:

MINUTE entry before the Honorable Robert M. Dow, Jr: Motion hearing held. For the reasons discussed on the record, Paul J. Ciolino's amended motion to amend/correct counter‑complaint [147] is granted; any party that wishes to file a response, may do so by 9/23/2016; reply due 10/20/2016.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.