# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Alstory Simon, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 15cv1433 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Northwestern University et al, | ) | |
| | ) | |
| Defendant, | ) | |

## ORDER

Magistrate Judge Status Hearing held. The parties provided the Court with the current status of discovery and motion practice in the case and report that there are no outstanding issues for this Court to resolve outside of the pending motions to quash and motion to compel. The parties advised the Court that IDOC has no objection to producing the subpoenaed materials addressed in the motions to quash. The parties further stated that IDOC has already produced written materials in response to the subpoenas, but will await the Court's ruling on the pending motions to quash [142, 145] prior to producing the recordings at issue. The Court sets the following briefing schedules for the motions before the Court: (1) Third Party Defendant Martin Preib's Motion to Quash Hill Danville, Stateville, and Jacksonville Correctional Center Subpoenas [142] is briefed as follows: Defendant/Third Party Plaintiff/Counter Claimant Paul L. Ciolino shall respond by 9/27/16; to the extent Defendant Northwestern University wishes also to respond, Northwestern University shall either file a separate response, or can coordinate such response to be incorporated in Mr. Ciolino's response; reply shall be filed by 10/12/16; ruling on motion set for 11/2/16 at 9:15 a.m; (2) Plaintiff's Motion to Quash Defendant Ciolino's Subpoenas to Correctional Facilities for Recorded Phone Calls [145] is briefed as follows: Defendant/Third Party Plaintiff/Counter Claimant Paul L. Ciolino shall respond by 9/27/16; to the extent Defendant Northwestern University wishes to respond, Northwestern University shall either file a separate response, or can coordinate such response to be incorporated in Mr. Ciolino's response; reply shall be filed by 10/12/16 and shall include documentation confirming that IDOC has no objection to production in response to the subpoenas. Ruling on motion set for 11/2/16 at 9:15 a.m.; (3) Defendant/Third Party Plaintiff/Counter Claimant Paul Ciolino's Motion to Compel Andrew Hale, Shawn Rech, and Whole Truth Films, LLC to Comply with Federal Rule of Civil Procedure 45 Subpoena [150] is briefed as follows: Andrew Hale, Shawn Rech, and Whole Truth Films, LLC shall respond by 9/20/16; Mr. Ciolino shall file his reply by 9/27/16. Ruling on motion set for 10/5/16 at 9:15 a.m. For the reasons stated on record, the parties need not address the applicability of Rule 37.2 or compliance therewith in their briefs. Additionally, Defendant Northwestern University advised the Court that it has issued a subpoena to obtain call logs in connection with the recordings at issue in order to narrow the number of recordings in dispute. Plaintiff and Third Party Defendant Mr. Preib expressed no objection to the production of the call logs. As set forth in further detail on record, should any party wish to file the call logs with the Court, that party shall file the call logs under seal in order to protect personal identification information including, but not limited to, addresses and phone numbers. Alternatively, the parties may agree to a substitute method of protecting the personal identification information such as limited redaction in which case, filing materials under seal would not be necessary. All parties shall be present for the status hearing set for 11/17/16 at 10:00 a.m.

T:(00:34)

Date:   September 6, 2016

_____
M. David Weisman
United States Magistrate Judge