UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Alstory Simon
                              Plaintiff,

v.                                                Case No.: 1:15–cv–01433
                                                       Honorable Robert M. Dow Jr.

Northwestern University, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 22, 2016:

      MINUTE entry before the Honorable M. David Weisman: Counter Defendants' Andrew M. Hale, Whole Truth Films, LLC, Unknown Shawn Rech agreed motion for an extension of time [166] is granted. Response due 9/26/16. Reply due 10/3/16. Ruling on motion set for 10/11/16 at 9:15 a.m. Motion hearing set for 9/26/16 is stricken. Mailed notice (ao,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.