**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALSTORY SIMON, | ) | |
|     Plaintiff, Counter-defendant, | ) | Case No. 15 CV 1433 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | Magistrate Judge M. David Weisman |
| NORTHWESTERN UNIVERSITY, | ) | |
| DAVID PROTESS, PAUL J. CIOLINO, and | ) | |
| JACK P. RIMLAND, | ) | |
| | ) | JURY TRIAL DEMANDED |
|     Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO DEPOSE RITA CARLISLE**

Plaintiff, Alstory Simon, by his attorneys, respectfully moves this Court for leave to depose Rita Carlisle pursuant to Federal Rule of Civil Procedure 30(a)(2). In support, Plaintiff states as follows:

1. Plaintiff's malicious prosecution claim alleges that Defendants, in an effort to free Anthony Porter, framed him for a 1982 double murder for which Porter was properly convicted. They did this by coercing and fabricating a false recantation from one of several witnesses to the murders, and by coercing false statements implicating Plaintiff from his ex-wife, Inez Jackson, and his nephew, Walter Jackson. In late 2005/early 2006, both Inez Jackson and Walter Jackson recanted their statements, admitted that their statements implicating Plaintiff were false, and explained that they gave the false statements based on promises made to them by Defendant David Protess.

2. Rita Carlisle is the sister of Inez Jackson and the aunt of Walter Jackson. As described in detail in a 2003 videotaped statement given by Rita Carlisle, she had conversations with both Inez Jackson and Walter Jackson regarding both the reason they gave statements to Defendant Protess implicating Plaintiff as well as the promises of money made to Inez Jackson

1

by Defendant Protess. Furthermore, according to Ms. Carlisle, she was also present when Martin Abrams, the attorney that Defendant Protess arranged to represent Inez Jackson, threatened Inez Jackson with jail if she did not continue to say the things contained in her statement to Defendant Protess. This is merely a brief summary of the knowledge that Rita Carlisle has related to the facts in this case to demonstrate the relevance of her deposition.[1] Rita Carlisle's videotaped statement was also used to support Plaintiff's Petition for Post-Conviction Relief and a copy of her videotaped statement was provided to the Cook County State's Attorney's Office and was likely considered by the State's Attorney in making her decision to vacate Plaintiff's conviction.[2]

3. On March 24, 2017, Plaintiff filed a Proposed Deposition Schedule that included Rita Carlisle as a witness that Plaintiff intended to depose. (Dkt. 250 at p. 2). Defendants filed a Proposed Deposition Schedule and Motion to Quash Deposition Subpoenas or for a Protective Order, objecting to Plaintiff taking the deposition of Rita Carlisle and numerous other witnesses. (Dkt. 252 at pp. 8-9).

4. On March 28, 2017, the Court held a hearing to discuss the parties' proposed deposition schedules as well as Defendants' objections to certain witnesses being deposed by Plaintiff[3]. At the conclusion of the hearing, the Court granted Plaintiff leave to schedule the depositions for the people listed on pages 5 and 6 of Defendants' Proposed Deposition Schedule, which were those people that Defendants were not objecting to Plaintiff deposing. (Dkt. 257).

---

[1] Plaintiff will make the video of Rita Carlisle's statement available to the Court upon request.

[2] The video of Rita Carlisle's statement was contained in the State's Attorney's file produced in response to Defendants' subpoena. Anita Alvarez and her assistants involved in the re-investigation of Plaintiff's case in 2014 have not yet been deposed.

[3] The deposition of Rita Carlisle was not specifically discussed at the hearing.

The Court also advised the parties that they were free to seek leave to depose additional individuals if a party believed that such additional deposition was appropriate. (Dkt. 257).

5. On April 5, 2017, counsel for Plaintiff advised Defendants' counsel that it would be seeking to take Rita Carlisle's deposition on June 1, 2017 and inquired whether Defendants were standing on their objection to the deposition of Rita Carlisle. In response, counsel for Defendant Protess indicated that all of the Defendants were standing on their objection to Rita Carlisle being deposed. See Email correspondence, attached as Exhibit A.

6. Rita Carlisle resides in Milwaukee, Wisconsin. Plaintiffs are seeking to take her deposition as well as another witness that resides in Milwaukee on the same date, June 1st, in order to avoid multiple trips to Milwaukee. Additionally, Ms. Carlisle is currently in poor health, on dialysis, and requires full time in-home assistance. Therefore, Ms. Carlisle may be unavailable to testify at trial thereby increasing the necessity of taking her deposition at this time.

7. Defendants are unable to provide any rational basis for objecting to the deposition of Rita Carlisle given that Rita Carlisle has knowledge regarding the circumstances of both of the false statements created by Defendants to implicate Plaintiff and free Porter and therefore, her deposition is clearly material. Defendants' objection to the deposition of Rita Carlisle is not made in good faith and constitutes nothing more than a continued attempt to obstruct the discovery in this case. Defendants' bad faith decision to exploit the Court's orders by forcing Plaintiff to seek the Court's approval before deposing such an obviously relevant witness should not be countenanced, and warrants reconsideration of the Court's decision to require a motion as a prerequisite to depositions of witnesses to which Defendants arbitrarily object.

WHEREFORE, for the forgoing reasons, Plaintiff requests that this Court grant him leave to depose Rita Carlisle.

Dated: April 12, 2017

            Respectfully Submitted By:
            *Attorneys for Plaintiff, Alstory Simon*

| | |
|---|---|
| s/ Terry A. Ekl | s/ James G. Sotos |
| Terry A. Ekl | James G. Sotos |
| Patrick L. Provenzale, #6225879 | Jeffrey Neil Given |
| Tracy L. Stanker, #6274868 | Laura M. Ranum |
| Ekl, Williams & Provenzale LLC | Sara J. Schroeder |
| 901 Warrenville Road, Suite 175 | The Sotos Law Firm, P.C. |
| Lisle, IL 60532 | 550 East Devon Avenue, Suite 150 |
| (630) 654-0045 | Itasca, IL 60143 |
| (630) 654-8318 *Facsimile* | (630) 735-3300 |
| tekl@eklwilliams.com | (630) 773-0980 *Facsimile* |
| pprovenzale@eklwilliams.com | jsotos@jsotslaw.com |
| tstanker@eklwilliams.com | jgiven@jsotoslaw.com |
| | lranum@jsotoslaw.com |

s/ Andrew M. Hale
Andrew M. Hale
Avi T. Kamionski
Shneur Z. Nathan
Julie Bisbee
Halw Law LLC
53 West Jackson, Suite 330
Chicago, IL 60604
(312) 870- 6926
ahale@ahalelaw.com
akamionski@ahalwlaw.com
snathan@ahalelaw.com

## **CERTIFICATE OF SERVICE**

      I certify under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C.A. § 1746 that I electronically filed a complete copy of the foregoing, **Plaintiff's Motion for Leave to Depose Rita Carlisle,** with the Clerk of the Court on April 12, 2017, using the CM/ECF system, which will send notification of such filing to the CM/ECF participants listed on the attached service list.

                                      /s/   Terry A. Ekl_____
                                      Terry A. Ekl

Case: 1:15-cv-01433 Document #: 264 Filed: 04/12/17 Page 5 of 6 PageID #:3038

## SERVICE LIST

RE: Simon v. Northwestern University, et al.
Court Number: 15-cv-01433
Our File Number: 1580.002

Jennifer Bonjean
Bonjean Law Group, PLLC
1000 Dean Street, Suite 422
Brooklyn, New York 11238
(718) 875-1850
jennifer@bonjeanlaw.com
*Attorneys for Defendant, Paul Ciolino*

Matthew J. Piers
Chirag Gopal Badlani
Kate E. Schwartz
Hughes, Socol, Piers, Resnick
  & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, IL 60602
(312) 580-0100
(312) 580-1994 *Facsimile*
mpiers@hsplegal.com
cbadlani@hsplegal.com
kschwartz@hsplegal.com
*Attorneys for Defendant, David Protess*

Gabriel A. Fuentes
Jory M. Hoffman
Terri Lynn Mascherin
Laura E.B. Hulce
Jenner & Block LLP
353 North Clark Street
Chicago, IL 60654
(312) 923-2808
(312) 923-2908 *Facsimile*
gfuentes@jenner.com
jhoffman@jenner.com
tmascherin@jenner.com
lhulce@jenner.com
*Attorneys for Defendant, Northwestern University*