IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Alstory Simon, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No: 15cv1433 |
| | ) | |
| v. | ) | Magistrate Judge: M. David Weisman |
| | ) | |
| Northwestern University et al, | ) | |
| | ) | |
| Defendant(s), | ) | |

## ORDER

In light of the district court overruling third-party Preib's objections to this Court's order directing production of the so-called Illinois Department of Corrections ("IDOC") recordings # [384], and after review of Preib's status report # [388], this Court orders that IDOC produce those recorded calls as identified in this Court's order, dated 1/6/17, # [220], and described as follows: calls on IDOC recorded lines between (1) Simon and his legal counsel, (2) Simon and James Delorto, and (3) Simon and John Mazzalo. The Court further directs IDOC to produce calls on IDOC recorded lines between Simon and Martin Preib.

As to Preib's request that he receive a copy of the recorded calls between Simon and Preib, that request is entered and continued until the next status hearing on November 30, 2017. Counsel for Preib should appear to argue the request. Alternatively, if counsel for Preib secures agreement as to this request from each party to the litigation, Preib may file an agreed motion seeking copies of these recordings in advance of the next status hearing.

As to Ciolino's request that IDOC produce recordings of third-party witnesses Robert Braun and Lisa Madonia # [366], those aspects of Ciolino's motion are entered and continued. Alternatively, if counsel for Ciolino secures agreement as to this portion of his motion from each party to the litigation, Ciolino may file an agreed motion in advance of the next status hearing, and the Court will promptly enter an order directing IDOC to make such production. If there are any objections to this aspect of Ciolino's request, the parties should be prepared to argue their positions at the next status hearing.

Date: October 27, 2017

_M. David Weisman_
M. David Weisman
United States Magistrate Judge