1580.002

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ALSTORY SIMON,<br><br>          Plaintiff,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY,<br>et al.,<br><br>          Defendants. | No.: 15-cv-01433<br><br>Honorable Robert M. Dow, Jr.<br>Courtroom 1919<br><br>Honorable M. David Weisman<br>Courtroom 1300 |

## PLAINTIFF'S MOTION TO DISMISS DEFENDANT CIOLINO

Plaintiff, Alstory Simon, respectfully moves to voluntarily dismiss this action against Defendant, Paul Ciolino, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). In furtherance of this motion, Plaintiff states as follows:

1. Plaintiff and Defendants, Northwestern University and David Protess, have entered into a settlement agreement. As a result of that settlement agreement, a stipulation to dismiss Defendants Northwestern University and David Protess was entered into between the parties.

2. Plaintiff also desires to voluntarily dismiss the sole remaining Defendant from this action, Paul Ciolino.

WHEREFORE, the Plaintiff, Alstory Simon, by and through his attorneys, prays this Honorable Court enter an Order to voluntarily dismiss this action against Defendant, Paul Ciolino, with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Date: June 1, 2018

Respectfully submitted by:

By: s/ Terry A. Ekl
Terry A. Ekl
Patrick L. Provenzale
Tracy L. Stanker
Ekl, Williams & Provenzale LLC
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
(630) 654-8318 *Facsimile*
tekl@eklwilliams.com
pprovenzale@eklwilliams.com
tstanker@eklwilliams.com

By: s/ James G. Sotos
James G. Sotos
Laura M. Ranum
The Sotos Law Firm, P.C.
550 East Devon Avenue, Suite 150
Itasca, IL 60143
(630) 735-3300
(630) 773-0980 *Facsimile*
jsotos@jsotslaw.com
lranum@jsotoslaw.com

By: /s/ Alstory Simon
Alstory Simon, Plaintiff