1580.002

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ALSTORY SIMON,<br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>NORTHWESTERN UNIVERSITY,<br>et al.,<br>　　　　　*Defendants.* | No.: 15-cv-01433<br><br>Honorable Robert M. Dow, Jr.<br>Courtroom 1919 |

### STIPULATION TO DISMISS BETWEEN PLAINTIFF
### AND DEFENDANTS NORTHWESTERN AND DAVID PROTESS

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed upon by Plaintiff, Alstory Simon, and Defendants, Northwestern University and David Protess, that this action be dismissed with prejudice with each party to bear their own respective costs and attorney's fees.

*Respectfully Submitted,*

| | |
|---|---|
| By:　s/ Terry A. Ekl<br>Ekl, Williams & Provenzale LLC<br>Two Arboretum Lakes<br>901 Warrenville Road, Suite 175<br>Lisle, IL 60532<br>(630) 654-0045<br>(630) 654-8318 *Facsimile*<br>tekl@eklwilliams.com<br>*Attorneys for Plaintiff, Alstory Simon* | By:　s/ James G. Sotos<br>James G. Sotos<br>The Sotos Law Firm, P.C.<br>550 East Devon Avenue, Suite 150<br>Itasca, IL 60143<br>(630) 735-3300<br>(630) 773-0980 *Facsimile*<br>jsotos@jsotoslaw.com<br>*Attorneys for Plaintiff, Alstory Simon* |

| | |
|---|---|
| By: _s/ Terry Lynn Mascherin_<br>Terri Lynn Mascherin<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, IL 60654<br>(312) 923-2808<br>(312) 923-2908 *Facsimile*<br>tmascherin@jenner.com<br>*Attorneys for Defendant, Northwestern University* | By: _s/ Matthew J. Piers_<br>Matthew J. Piers<br>Hughes, Socol, Piers, Resnick<br>  & Dym, Ltd.<br>70 West Madison Street, Suite 4000<br>Chicago, IL 60602<br>(312) 580-0100<br>(312) 580-1994 *Facsimile*<br>mpiers@hsplegal.com<br>*Attorneys for Defendant, David Protess* |